HARRIET BRESLOW, Appellant, v. MANHATTAN LIFE INSURANCE COMPANY, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.